Certificate Number: 16199-GAM-CC-030882258



16199-GAM-CC-030882258

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 15, 2018, at 10:37 o'clock PM EDT, Marvin D Taylor received from CC Advising, Inc. , an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Middle District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   April 15, 2018                By:     /s/Devyn Gilliam for Sheharyar Khan

                                      Name:   Sheharyar Khan

                                      Title:  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).