## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

Marvin D Taylor
Teria L Taylor

Debtor(s)

Case No.: 18-56412-jrs

Chapter: 13

### Notice of Payment Regarding May Filing Fee

On May 11, 2018 we purchased and mailed a money order in the amount of $117.50 to pay our 2nd installment fee. On May 30, 2018 we received notification that your office has not received that money order. We are asking for an extension of this payment to provide time to research/track the money order and have USPS resend it.

Dated: 5/31/18

Signature: Marvin Taylor
Teria Taylor

Printed Name: Marvin Taylor
Teria Taylor

Address: 10106 Mason Lee Ave
Loganville GA 30052

Phone: 404.632.1160, 678.508.3175

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2018 MAY 31 AM 9:43
M. REGINA THOMAS
CLERK
BY: DEPUTY

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

IN RE: Marvin D Taylor )    Case No: 18-56412-jrs
Teria L Taylor )    Chapter
)
)
)
Debtor(s)

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the 31st day of May, 2018 I served a copy of Notice of Payment Regarding May Filing Fee which was filed in this bankruptcy matter on the 31st day of May, 2018

Mode of service (check one):    ◯ MAILED    ☑ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):
Nancy Whaley, Trustee
303 Peachtree Center Ave Ste 120
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 5/31/18    Signature: [signed] Marvin Taylor / Teria Taylor
Printed Name: Marvin Taylor / Teria Taylor
Address: 1066 Mason Lee Ave
Loganville, GA 30052

Phone: 404 632 1660
678 508 3175

(Generic Certificate of Service – Revised 4/13)