**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

| | | |
|---|---|---|
| MARVIN D'ANGELO TAYLOR | : | CHAPTER 13 |
| TERIA LEONNE TAYLOR | : | |
| Debtor. | : | CASE NO.: 18-56412-JRS |
| | : | |

==============================================================

**POST CONFIRMATION MODIFICATION OF PLAN**
**AND REQUEST FOR APPROVAL**

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court on 8/7/2018 (Doc. No. 29) (with no post confirmation modifications), as follows:

1. Debtors hereby modify Paragraph 2.1 as follows:

Notwithstanding anything herein to the contrary, Debtor shall be entitled to extend the term of this Plan up to 84 months pursuant to the terms of 11 USC § 1329(d)(1), as amended by the Coronavirus Aid, Relief and Economic Security Act ("CARES Act") because Debtor is experiencing a material economic hardship related to the COVID-19 pandemic. Debtor Husband has had his trucking hours and routes reduced and Debtor wife was out of work at the beginning of the pandemic and had a difficult time finding word due to the pandemic. Both debtors are now working full time.

2. Debtors hereby modify Paragraph 2.3 as follows:

All IRS tax refunds for ALL YEARS while Debtor remains in bankruptcy (likely to include all years through 2023) shall be contributed to the plan, with no $2,000 minimum required.

3. Debtors hereby modify Paragraph 3.1 as follows:

The total claims payable to Freedom Mortgage Corp shall be as follows:

Prepetition Arrearage:         $ 12,558. 28    (already being paid by Trustee)

Post-petition Arrearage:        $ 15,084.52

(This represents a NEW CLAIM added per this modification to satisfy post-petition arrearage through March 2021.)

4. Debtor shall pay all plan payments to the Trustee until such time as the Plan is satisfied in full.  Nothing herein shall increase the Plan base or required payments.

Respectfully submitted this 2d day of April, 2021

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
6400 Powers Ferry Road # 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MARVIN D'ANGELO TAYLOR | : | CHAPTER 13 |
| TERIA LEONNE TAYLOR | : | |
| Debtor. | : | CASE NO.: 18-56412-JRS |
| | : | |

================================================================

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE
AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed on: April 2, 2021  If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**     **Clerk, U.S. Bankruptcy Court**
**Room 1340 United States Courthouse**
**Richard B. Russell Building**
**75 Ted Turner Drive, SW**
**Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

1066 Mason Lee Ave
Loganville, GA 30052

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification on **April 27, 2021 at 10:10 a.m. in Courtroom 1404,** U.S. Courthouse, Richard B. Russell Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

**\*Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB website prior to the hearing for instructions on whether to appear in person or by phone.**

Respectfully submitted this 2d day of April, 2021.

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
6400 Powers Ferry Rd # 391
Atlanta, GA 30339
404-800-4017
HS@ATL.law

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MARVIN D'ANGELO TAYLOR | : | CHAPTER 13 |
| TERIA LEONNE TAYLOR | : | |
| Debtor. | : | CASE NO.: 18-56412-JRS |
| | : | |

=================================================================

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

   /s/_____
MARVIN TAYLOR

   /s/_____
TERIA TAYLOR

This 3RD day of March, 2021

Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | : |
| | : |
| MARVIN D'ANGELO TAYLOR | : CHAPTER 13 |
| TERIA LEONNE TAYLOR | : |
| Debtor. | : CASE NO.: 18-56412-JRS |
| | : |

================================================================

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Post-Confirmation Modification of Confirmed Plan and Notice of Filing and Deadline for Objections, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley, Standing Ch. 13 Trustee (served via ECF)
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

SEE ATTACHED FOR A LIST OF ADDITIONAL CREDITORS

DATE: April 2, 2021

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
6400 Powers Ferry Road, Suite 391
Atlanta, GA 30339
404-800-4001
HS@ATL.law

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-56412-jrs<br>Northern District of Georgia<br>Atlanta<br>Fri Apr  2 17:02:19 EDT 2021 | ATLANTA POSTAL CREDIT UNION<br>c/o Thompson, OBrien, Kemp & Nasuti, P.C<br>40 Technology Parkway South, Suite 300<br>Peachtree Corners, Georgia 30092-2924 | Atlanta Postal Credit Union<br>3900 Crown Road SW<br>Atlanta, GA 30304-0001 |
| Bank of America<br>1500 Buford Hwy NE<br>Buford, GA 30518-3664 | Heather D. Bock<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285-7288 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Convergent<br>800 SW 39th Street<br>Post Office Box 9004<br>Renton, WA 98057-9004 |
| Devry, Inc<br>75 Remittance Drive<br>Ste 1815<br>Chicago, IL 60675-1815 | Franklin Collection Service<br>PO Box 2300<br>Tupelo, MS 38803-2300 | Freedom Mortgage Corp<br>10500 Kincaid Dr<br>Fishers, IN 46037-9764 |
| Freedom Mortgage Corporation<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Suite 300<br>Fishers, IN 46037-9764 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | Hunter Warfield<br>3111 W Martin Luther King<br>Tampa, FL 33607 |
| I C System Inc<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | A. Michelle Hart Ippoliti<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KAISER PERMANENTE<br>C/O NATIONWIDE RECOVERY SERVICE<br>P.O. BOX 8005<br>Cleveland, TN 37320-8005 | Kaiser Permanente<br>PO Box 403055<br>Atlanta, GA 30384-3055 |
| LVNV Funding LLC C/O Resurgent Capital Servi<br>P.O. Box 10675<br>Greenville, SC 29603-0675 | LVNV Funding, LLC its successors and assigns<br>assignee of Santander Consumer USA<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Lvnv Funding Llc<br>Po Box 1269<br>Greenville, SC 29602-1269 |
| Michael J. McCormick<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Medical Data Systems I<br>755 W Nasa Blvd<br>Melbourne, FL 32901-1815 | Medical Revenue Services<br>Po Box 5188<br>Martinsville, VA 24115-5188 |
| Ciro A. Mestres<br>McCalla Raymer Leibert Pierce, LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Midland Credit Management, Inc.<br>as agent for Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 |

Albert F. Nasuti
Thompson, O'Brien, Kemp & Nasuti, PC
Suite 300
40 Technology Parkway South
Peachtree Corners, GA 30092-2924

(p)NATIONWIDE RECOVERY SERVICE
545 W INMAN ST
CLEVELAND TN 37311-1768

Northside Anes Consultants
PO Box 116443
Atlanta, GA 30368-6443

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

(p)HOLLIS COBB
ATTN BANKRUPTCY DEPARTMENT
PO BOX 279
NORCROSS GA 30091-0279

Portfolio Recov Assoc
120 Corporate Blvd Ste 100
Norfolk, VA 23502-4952

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA  98083-0788

Republic Services
51 Patrick Mill Road SW
Winder, GA 30680-3884

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 391
6400 Powers Ferry Road NW
Atlanta, GA 30339-2970

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

TD Retail Card Services
c/o Creditors Bankruptcy Service
P O Box 800849
Dallas, TX 75380-0849

Marvin D'Angelo Taylor
4232 Indian Manor Drive
Stone Mountain, GA 30083-4631

Teria Leonne Taylor
1066 Mason Lee Ave
Loganville, GA 30052-8630

Tdrcs/rooms To Go
1000 Macarthur Blvd
Mahwah, NJ 07430-2035

U. S. Attorney
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta,  GA 30303-3315

Verizon
by American InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

Woodmere Homesowners Assoc
Geogia Community Management
PO Box 2750
Loganville, GA 30052-1964